GORDON SILVER
ERIC D. HONE
Nevada Bar No. 08499
Email: ehone@gordonsilver.com
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
Email: gblumberg@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>                         Plaintiff,<br><br>vs.<br><br>YOEL INY, NOAM SCHWARTZ, YOEL INY, Trustee of the Y&T Iny Family Trust dated June 8, 1994, as amended, NOAM SCHWARTZ, Trustee of Noam Schwartz Trust, dated August 19, 1999, and D.M.S.I., LLC, a Nevada Limited-Liability Company; and DOES 1 through 10, inclusive,<br><br>                         Defendants. | CASE NO. 2:11-cv-01777-MDD-VCF<br><br>**MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF SERVICE LIST; [PROPOSED] ORDER** |

Pursuant to L.R. 10-6(e), Defendants, by and through their counsel, Gordon Silver ("Counsel"), respectfully move this court for an order to remove former counsel, Franchesca V. Van Buren (fvanburen@gordonsilver.com, FVB@vanburenlawfirm.com), from the CM/ECF service list and any mailing list on the above-referenced matter.

Ms. Van Buren previously represented Defendants.  However, she is no longer is affiliated with the law firm of Gordon Silver, no longer represent Defendants, and has no further need to receive CM/ECF notification or mail in this case.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

1

103224-003/1630805.doc

1    A courtesy copy of this Motion is being simultaneously mailed to former counsel at the

2  following last known address:

3        Franchesca V. Van Buren
         The Van Buren Law Firm, LLC
4        1350 E. Flamingo Rd. #158
         Las Vegas, NV 89119

5

6    By this motion, Counsel seeks an Order that Ms. Van Buren's name be removed as

7  counsel of record for Defendants and her their respective email address be removed from the

8  CM/ECF notification list on this matter.

9    Dated this 9th day of August 2012.

10                                 GORDON SILVER

11
                                   /s/ Eric D. Hone_____
12                                 ERIC D. HONE
                                   Nevada Bar No. 08499
13                                 Email:  ehone@gordonsilver.com
                                   GABRIEL A. BLUMBERG
14                                 Nevada Bar No. 12332
                                   Email:  gblumberg@gordonsilver.com
15                                 3960 Howard Hughes Pkwy., 9th Floor
                                   Las Vegas, Nevada 89169
16                                 Tel:  (702) 796-5555
                                   Fax:  (702) 369-2666
17                                 Attorneys for Defendants

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103224-003/1630805.doc

2

1

## **CERTIFICATE OF SERVICE**

2      The undersigned, an employee of Gordon Silver, hereby certifies that on the 9th day of

3  August 2012 she filed and served a copy of the MOTION TO REMOVE FORMER COUNSEL

4  FROM CM/ECF SERVICE LIST; [PROPOSED] ORDER, via the Court's CM/ECF filing

5  system upon:

6

7  Jeremy J. Nork                          Nicole E. Lovelock
   Holland & Hart LLP                      Holland & Hart LLP
   5441 Kietzke Lane                       9555 Hillwood Drive

8  Suite 200                               Second Floor
   Reno, NV 89511                          Las Vegas, Nevada 89134

9  Email: inork@hollandhart.com            Email;  nelovelock@hollandhart.com

10

11      _Bobbye Donaldson_

12      Bobbye Donaldson, an employee of
        GORDON SILVER

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Gordon Silver**
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

3

103224-003/1630805.doc

1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                            DISTRICT OF NEVADA

10  BRANCH BANKING AND TRUST
    COMPANY, a North Carolina banking
11  corporation,                              CASE NO. 2:11-cv-01777-MDD-VCF

12                          Plaintiff,        [PROPOSED] ORDER GRANTING
                                              MOTION TO REMOVE FORMER
13  vs.                                       COUNSEL FROM CM/ECF SERVICE
                                              LIST
14
    YOEL INY, NOAM SCHWARTZ, YOEL INY,
15  Trustee of the Y&T Iny Family Trust dated
    June 8, 1994, as amended, NOAM SCHWARTZ,
16  Trustee of Noam Schwartz Trust, dated
    August 19, 1999, and D.M.S.I., LLC, a Nevada
17  Limited-Liability Company; and DOES 1
    through 10, inclusive,
18                        Defendants.

19

20        THIS MATTER came before the Court on the Defendants' Motion to Remove Former

21  Counsel from CM/ECF Service List.  Having fully considered the submissions and arguments of

22  the parties,

23        IT IS HEREBY ORDERED THAT Franchesca V. Van Buren

24  (fvanburen@gordonsilver.com, FVB@vanburenlawfirm.com) be removed from the CM/ECF

25  service list and has no further need to receive CM/ECF notification or mail in this case.

26        IT IS FURTHER ORDERED that counsel for Defendants mail a copy of this Order to

27  former counsel at their last known address(es):

28

1630805.doc

                                    1

1   Franchesca V. Van Buren
    The Van Buren Law Firm, LLC
2   1350 E. Flamingo Rd. #158
    Las Vegas, NV 89119
3

4

5
                                    IT IS SO ORDERED:
6

7

8   _____
    CAM FERENBACH
9   UNITED STATES MAGISTRATE JUDGE
    DATED: 8-13-2012
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28