GORDON SILVER
ERIC D. HONE
Nevada Bar No. 08499
Email: ehone@gordonsilver.com
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
Email: gblumberg@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>YOEL INY, NOAM SCHWARTZ, YOEL INY, Trustee of the Y&T Iny Family Trust dated June 8, 1994, as amended, NOAM SCHWARTZ, Trustee of Noam Schwartz Trust, dated August 19, 1999, and D.M.S.I., LLC, a Nevada Limited-Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:11-cv-01777-MDD-VCF<br><br>**MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF SERVICE LIST; [PROPOSED] ORDER** |

Pursuant to L.R. 10-6(e), Defendants, by and through their counsel, Gordon Silver ("Counsel"), respectfully move this court for an order to remove former counsel, Franchesca V. Van Buren (fvanburen@gordonsilver.com, FVB@vanburenlawfirm.com), from the CM/ECF service list and any mailing list on the above-referenced matter.

Ms. Van Buren previously represented Defendants. However, she is no longer is affiliated with the law firm of Gordon Silver, no longer represent Defendants, and has no further need to receive CM/ECF notification or mail in this case.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103224-003/1630805.doc

1

A courtesy copy of this Motion is being simultaneously mailed to former counsel at the following last known address:

> Franchesca V. Van Buren
> The Van Buren Law Firm, LLC
> 1350 E. Flamingo Rd. #158
> Las Vegas, NV 89119

By this motion, Counsel seeks an Order that Ms. Van Buren's name be removed as counsel of record for Defendants and her their respective email address be removed from the CM/ECF notification list on this matter.

Dated this 9th day of August 2012.

                                            GORDON SILVER

                                            /s/ Eric D. Hone
                                            ERIC D. HONE
                                            Nevada Bar No. 08499
                                            Email: ehone@gordonsilver.com
                                            GABRIEL A. BLUMBERG
                                            Nevada Bar No. 12332
                                            Email: gblumberg@gordonsilver.com
                                            3960 Howard Hughes Pkwy., 9th Floor
                                            Las Vegas, Nevada 89169
                                            Tel: (702) 796-5555
                                            Fax: (702) 369-2666
                                            Attorneys for Defendants

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103224-003/1630805.doc

2

**CERTIFICATE OF SERVICE**

The undersigned, an employee of Gordon Silver, hereby certifies that on the 9th day of August 2012 she filed and served a copy of the MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF SERVICE LIST; [PROPOSED] ORDER, via the Court's CM/ECF filing system upon:

Jeremy J. Nork  
Holland & Hart LLP  
5441 Kietzke Lane  
Suite 200  
Reno, NV 89511  
Email: jnork@hollandhart.com

Nicole E. Lovelock  
Holland & Hart LLP  
9555 Hillwood Drive  
Second Floor  
Las Vegas, Nevada 89134  
Email: nelovelock@hollandhart.com

*/s/ Bobbye Donaldson*  
Bobbye Donaldson, an employee of  
GORDON SILVER

Gordon Silver  
Attorneys At Law  
Ninth Floor  
3960 Howard Hughes Pkwy  
Las Vegas, Nevada 89169  
(702) 796-5555

103224-003/1630805.doc

3

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>YOEL INY, NOAM SCHWARTZ, YOEL INY, Trustee of the Y&T Iny Family Trust dated June 8, 1994, as amended, NOAM SCHWARTZ, Trustee of Noam Schwartz Trust, dated August 19, 1999, and D.M.S.I., LLC, a Nevada Limited-Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:11-cv-01777-MDD-VCF<br><br>[PROPOSED] **ORDER GRANTING MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF SERVICE LIST** |

THIS MATTER came before the Court on the Defendants' Motion to Remove Former Counsel from CM/ECF Service List.  Having fully considered the submissions and arguments of the parties,

IT IS HEREBY ORDERED THAT Franchesca V. Van Buren (fvanburen@gordonsilver.com, FVB@vanburenlawfirm.com) be removed from the CM/ECF service list and has no further need to receive CM/ECF notification or mail in this case.

IT IS FURTHER ORDERED that counsel for Defendants mail a copy of this Order to former counsel at their last known address(es):

1

1630805.doc

| | |
|---|---|
| 1 | Franchesca V. Van Buren |
| 2 | The Van Buren Law Firm, LLC<br>1350 E. Flamingo Rd. #158 |
| 3 | Las Vegas, NV 89119 |

IT IS SO ORDERED:

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE
DATED: 8-13-2012

1630805.doc

2