Jeremy J. Nork
Nevada Bar No. 4017
Nicole E. Lovelock
Nevada Bar No. 11187
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
jnork@hollandhart.com
nelovelock@hollandhart.com
bganderson@hollandhart.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>YOEL INY; NOAM SCHWARTZ; YOEL INY, Trustee of the Y&T INY FAMILY TRUST dated June 8, 1994; NOAM SCHWARTZ, Trustee of the NOAM SCHWARTZ TRUST dated August 19, 1999; D.M.S.I., L.L.C., a Nevada limited liability company; and DOES 1 through 10, inclusive.<br><br>Defendants. | CASE NO. 2:11-cv-01777-MMD-VCF<br><br>**[PROPOSED] JUDGMENT** |

Based upon the previous orders of the Court:

**IT IS HEREBY ORDERED** that, taking the amount of the indebtedness on the date of the sale of the subject property ($4,356,303.88) and providing Defendants credit for the amount of proceeds Plaintiff received from said sale ($2,872,950.52), the amount owed by Defendants to Plaintiff on July 25, 2013 was $1,483,353.36.

**IT IS FURTHER ORDERED** that as of June 20, 2016, the amount of deficiency judgment owed to Plaintiff is $1,800,306.83, comprised of principal in the amount of $1,483,353.36 and accrued interest in the amount of $316,953.47, which was calculated pursuant

to a default interest rate of 7.25%. That deficiency amount shall accrue interest at the per diem rate of $298.73 until judgment.

**IT IS FURTHER ORDERED** that judgment is entered in favor of **PLAINTIFF BRANCH BANKING AND TRUST** and against **DEFENDANTS YOEL INY, NOAM SCHWARTZ, Y&T INY FAMILY TRUST dated June 8, 1994, NOAM SCHWARTZ TRUST dated August 19, 1999, and D.M.S.I., LLC**, jointly and severally, in the amount of **$1,800,306.83**.

**IT IS FURTHER ORDERED** that judgment shall accrue at the legal rate from the date of judgment until the judgment is paid in full.

~~**IT IS FURTHER ORDERED** that Branch Banking and Trust is entitled to reasonable attorneys' fees and costs in the amount to be determined by the court. If Branch Banking and Trust Company seeks to recover those fees and costs, it shall file a motion with appropriate documentation within 14 days of entry of this judgment.~~

_____
Miranda M. Du
United States District Judge

Dated: June 20, 2016